# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

LAVERN C. FAST HORSE,

    Petitioner,

vs.

ERIC HOLDER, *et al.*,

    Respondents.

3:09-CV-000276-RCJ-VPC

**ORDER**

    Petitioner has written to the court requesting information about the status of his case (docket #9). The return address of the letter is different than that on file with the Clerk. Local Rules of Special Proceedings Rule 2-2 requires a petitioner to immediately file with the court written notification of any change of address. Under the rule, failure to keep the court apprized of a current address is grounds for dismissal with prejudice. *Id.* Petitioner has failed to provide the court with his current address and makes no mention of it in his present letter. Moreover, petitioner is also in violation of the court's order directing him to pay the $5.00 filing fee on or before March 25, 2010, which deadline has now passed with no filing fee having been paid and no request for additional time being made.

    **IT IS THEREFORE ORDERED** that the Clerk shall file the petition which is **DISMISSED** for failure to comply with the court's Order and Rules.

///

///

///

**IT IS FURTHER ORDERED** that the Clerk shall **ENTER JUDGMENT ACCORDINGLY.**

**IT IS FINALLY ORDERED** that this Order shall serve as a status report to petitioner.

Dated this ___21st___ day of April, 2010.

_____
UNITED STATES DISTRICT JUDGE