AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*   DISTRICT OF   NEVADA

FASTHORSE,

     Petitioner,   JUDGMENT IN A CIVIL CASE

V.

           CASE NUMBER: **3:09-cv-00276-RCJ-VPC**

HOLDER, et al.,

     Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the petition is DISMISSED for failure to comply with the court's Order and Rules.

  April 21, 2010   **LANCE S. WILSON**
                                                                             Clerk

                                                                    /s/ P. McDonald
                                                                     Deputy Clerk