UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

LAVERN C. FAST HORSE,

    Petitioner,

vs.

ERIC HOLDER, *et al.*,

    Respondents.

3:09-CV-000276-RCJ-VPC

**ORDER**

Petitioner has written to the court requesting a copy of the docket in this case providing a Freedom of Information Request (docket #15). While this matter was dismissed for petitioner's failure to pay the required filing fee and for his additional failure to keep the court apprized of his current address, the clerk shall be directed to provide the petitioner with a copy of the docket sheet in this matter together with copies of all orders issued herein. Petitioner's request for copies of other documents not included within this file must be directed to the proper agency acting as custodian of those records. Available public court records in petitioner's related criminal proceedings may be obtained by written request to the clerk and upon payment of the appropriate copy fees.

**IT IS THEREFORE ORDERED** that the request (docket #15) is **GRANTED** to the extent that the Clerk shall send to petitioner a copy of the docket sheet in the action together with

1  copies of the court's orders issued in this case.

2  **IT IS FURTHER ORDERED** that petitioner's request for materials in his criminal
3  docket must be directed to the court clerk with reference to that case number and with the
4  appropriate copy fees.

6  Dated this 24th day of May, 2010.

9  _____
   UNITED STATES DISTRICT JUDGE